UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF SHEET METAL WORKERS'
LOCAL UNION NO. 80 INSURANCE
TRUST FUND,

    Plaintiffs,

                                            Case No. 2:16-cv-10983
                                            Hon. Matthew F. Leitman

    v.

ACCU-CLEAN SERVICES L.L.C.,
and WILLIAM S. WHITE, individually
and d/b/a ACCU-CLEAN,

    Defendants.

_____/

## CONSENT JUDGMENT

This matter comes before the Court on the consent of the parties as is reflected by the signatures appearing below, the parties have entered into a Settlement Agreement, the parties have agreed to entry of this Judgment under the Settlement Agreement, the Settlement Agreement is incorporated by reference into this Judgment, and the Court has noted such consent and is otherwise fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1

1.      Judgment is entered in favor of Plaintiffs Trustees of Sheet Metal Workers' Local Union No. 80 Insurance Trust Fund ("Plaintiffs") and against Defendant Accu-Clean Services L.L.C., a Michigan limited liability company, in the amount of $90,000.00, with post-judgment interest to accrue thereon from and after the date of entry of this Judgment at the applicable federal rate as provided for under 28 U.S.C. § 1961, and Plaintiffs shall have full and immediate rights of execution thereon.

2.      Within this Judgment, and subject to the terms of the Settlement Agreement, $10,000.00 of the $90,000.00 is a joint and several judgment in favor of Plaintiffs and against Defendants Accu-Clean Services L.L.C., and William S. White a/k/a William White, Sr. a/k/a William S. White, Sr., individually ("White") and d/b/a Accu-Clean, a sole proprietorship, sometimes referred to as Accu Clean ("Accu Clean, a sole proprietorship") with post-judgment interest to accrue thereon from and after the date of entry of this Judgment at the applicable federal rate as provided for under 28 U.S.C. § 1961, and Plaintiffs shall have full and immediate rights of execution thereon. Thus, of the $90,000.00 judgment in favor of Plaintiffs and against Defendant Accu-Clean Services, L.L.C., Defendants Accu-Clean Services, L.L.C., White, individually and d/b/a Accu Clean, a sole proprietorship, are all jointly and severally liable to Plaintiffs for $10,000.00 thereof.

3. This Judgment shall be final upon entry hereof, and any and all rights of appeal, whether by right or permission, for any reason whatsoever, are waived by the Plaintiffs and Defendants.

4. The Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Judgment including any proceedings supplementary to judgment which are necessary for Plaintiffs to enforce the provisions of this Judgment, including Plaintiffs' right to file a motion with the Court under FRCP 60(b)(1),(2),(3) and/or (6), requesting relief from the Judgment to increase the joint and several liability of White, individually and d/b/a Accu Clean, a sole proprietorship with Accu-Clean Services under the Judgment from $10,000.00 to $90,000.00 ("Motion"). This retention of jurisdiction shall not however act to deprive any other court which has concurrent jurisdiction to enforce the terms of this Judgment or exercise jurisdiction over the Motion described herein.

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 23, 2017

STIPULATED AND AGREED TO:

| | |
|---|---|
| ERMAN, TEICHER,<br>ZUCKER & FREEDMAN, P.C.<br><br> /s/ Craig E. Zucker<br>CRAIG E. ZUCKER (P39907)<br>Attorneys for Plaintiff<br>400 Galleria Officentre, Ste. 444<br>Southfield, MI 48034<br>(248) 827-4100<br>czucker@ermanteicher.com<br><br>-AND-<br><br>SACHS WALDMAN,<br>Professional Corporation<br>HOPE L. CALATI (P54426)<br>Attorneys for Plaintiff<br>1423 E. Twelve Mile Rd.<br>Madison Heights, MI 48071<br>(248) 658-0800<br>hcalati@sachswaldman.com | BATOR LEGAL P.C<br><br> /s/ David G. Cain (by consent)<br>DAVID G. CAIN (P33265)<br>Attorney for Defendants<br>400 W, Maple Rd., Ste.<br>Birmingham, MI 48009<br>(248) 642-8120<br>dgcain1955@sbcglobal.net<br><br><br>ACCU-CLEAN SERVICES L.L.C.<br><br> /s/ William S. White (by consent)<br>By: William S. White<br>Its: Authorized Agent<br><br><br> /s/ William S. White (by consent)<br>William S. White a/k/a William<br>White, Sr. a/k/a William S. White, Sr.,<br>individually<br><br>ACCU-CLEAN, a sole proprietorship,<br>sometimes referred to as ACCU CLEAN<br><br> /s/ William S. White (by consent)<br>By: William S. White<br>Its: Authorized Agent |